**CRIMINAL PROCEEDINGS - Change of Plea**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| Judge:  Edward J. Lodge | Date:  03/25/2013 |
| Courtroom Deputy:  Anne Lawron | Case No.   1:12cr00136 |
| Reporter:  Lisa Yant | Time:  20 min |
| | Location:  Boise |

**UNITED STATES OF AMERICA vs WILLIAM OLDENBURG**

    Counsel for    United States: AUSA George Breitsameter
                   Defendant:     Dennis Charney
                   Interpreter:

(X)   Defendant - Sworn
(X)   Defendant found competent to enter a knowing and voluntary plea and is satisfied with representation and his attorney's advise.
(X)   At the request of the Court, Counsel for the Government stated for the record the elements and evidence of the charge. The defendant understands the maximum penalties and elements of the charge and agree with the prosecutor's statement.
(X)   Defendant's Constitutional Rights advised. Waiver entered.
(X)   Plea Agreement discussion. Defendant understands the terms of the plea agreement.
( )   No plea agreement in this case.
(X)   Defendant and counsel advise the change of plea is knowledgeable and voluntary, have discussed potential defenses and understand the rights which are being giving up and enter a plea of guilty to Counts Four and Ten charging Conspiracy to Distribute Controlled Substance Analogs and Conspiracy to Structure Transactions.

(X)   **Plea accepted. Sentencing set before Judge Edward J. Lodge:**  06/17/2013 at 10:30AM
      Court ordered a presentence investigation report.
            Original report to Counsel:   05/13/2013
            Notification of Objections:   05/27/2013
            Final Report Due:   06/10/2013

PLEASE NOTE:  <u>Any motions for departure, sentencing memorandums or letters in support must be filed no later than seven (7) working days prior to the sentencing hearing.</u>

( )   Defendant remanded to the custody of the USMS.
(X)   Defendants custody status remains as previously ordered